1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSHUA DAVIS BLAND,                          No.  2:19-cv-1335 AC P

12                     Plaintiff,

13           v.

14    D. MOFFETT, et al.,                          ORDER

15                     Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

19    alleges violations of his civil rights by defendants.  The alleged violations took place in Kern

20    County, which is part of the Fresno Division of the United States District Court for the Eastern

21    District of California.  Local Rule 120(d).

22           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    division of a court may, on the court's own motion, be transferred to the proper division of the

24    court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

25    1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

26    forma pauperis.

27           Good cause appearing, IT IS HEREBY ORDERED that:

28           1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

1

1      2.  This action is transferred to the United States District Court for the Eastern District of

2 California sitting in Fresno; and

3      3.  All future filings shall reference the new Fresno case number assigned and shall be

4 filed at:

            United States District Court
5             Eastern District of California
            2500 Tulare Street
6             Fresno, CA 93721

7 DATED: July 29, 2019

8                                    _____

                                ALLISON CLAIRE
9                                 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28