# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D. MOFFETT, *et al*.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01030-JDP<br><br>ORDER DIRECTING PLAINTIFF TO FILE A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FOURTEEN DAYS<br><br>ECF No. 2 |

　　　　Plaintiff Joshua Davis Bland is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On July 17, 2019, plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2.

　　　　The *in forma pauperis* statute still requires that prisoners pay their filing fees. More specifically, prisoners are "required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2). However, Bland's application contains a handwritten note that he does "not consent to 28 U.S.C. § 1915(b)(2) as it is unconstitutional." ECF No. 2 at 2.

　　　　The provision to which plaintiff objects is in fact constitutional. *See, e.g.*, *Hendon v. Ramsey*, 478 F. Supp. 2d 1214, 1220 (S.D. Cal. 2007) ("[C]ollecting 20 percent of Plaintiff's monthly income for each action he has filed raises no serious constitutional questions."). Thus, to obtain the benefits of proceeding *in forma pauperis*, plaintiff must be willing to accept the

1

reasonable costs that Congress has imposed—including those of 28 U.S.C. § 1915(b)(2).

The court directs plaintiff to submit a new application to proceed *in forma pauperis* within fourteen days of this order. The court recommends that plaintiff avoid editing or annotating the questions and prompts on the form. If plaintiff does not submit a new application, the court will assume that plaintiff continues to object to 28 U.S.C. § 1915(b)(2) and will issue a recommendation that plaintiff pay the filing fee in full.

**Order**

The clerk of court is directed to send plaintiff a new application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: August 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205