UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>Plaintiff,<br><br>v.<br><br>D. MOFFETT, *et al.*,<br><br>Defendants. | Case No. Case No. 1:19-cv-01030-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 3) |

Plaintiff Joshua Davis Bland ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2019, Magistrate Judge Jeremy D. Peterson entered findings and recommendations, recommending that plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2 and 11) and plaintiff's motion to pay the filing fee with a promissory note (ECF No. 13) be denied. Plaintiff was given an opportunity to object to the findings and recommendations within fourteen days and objected on October 11, 2019. (ECF No. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1

1. The findings and recommendations issued by the magistrate judge on August 5, 2019, (ECF No. 14), are ADOPTED IN FULL; and
2. Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2 and 11) are denied.
3. Plaintiff's motion to pay the filing fee with a promissory note (ECF No. 13) is denied.
4. Plaintiff is required to pay the filing fee in full within 21 days of this order.

IT IS SO ORDERED.

Dated: **October 17, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE