# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND, | Case No. 1:19-cv-01030-LJO-JDP |
| Plaintiff, | ORDER CLOSING CASE |
| v. | |
| D. MOFFETT, *et al.*, | |
| Defendant. | |

Plaintiff Joshua Davis Bland ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff filed two IFP applications with numerous irregularities and attempted to pay his filing fee with a promissory note. *See* ECF Nos. 2, 11, and 13. On October 17, 2019, the court denied plaintiff's motions to proceed *in forma pauperis* and ordered him to pay his filing fee within 21 days. *See* ECF No. 21. Plaintiff failed to comply with that order, and the deadline to pay his filing fee has now passed. Therefore, the Court will dismiss this case.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice;

2. All pending motions are terminated; and

3. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **November 19, 2019**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1